RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Cristian Alberto Nunez-Hipolito

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CRISTIAN ALBERTO NUNEZ-HIPOLITO,<br><br>　　　　　Defendant. | Case No. 2:24-mj-00877-BNW<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Cristian Alberto Nunez-Hipolito, that the Preliminary Hearing currently scheduled on January 28, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.　　Mr. Nunez-Hipolito has signed a guilty plea agreement and intends to plead guilty to a criminal information on February 20, 2025. That hearing likely will obviate the need for the preliminary hearing currently scheduled for January 28, 2025.

2.　　Defendant is incarcerated and does not object to a continuance.

3.    Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 15th day of January, 2025.


RENE L. VALLADARES                     JASON M. FRIERSON
Federal Public Defender                United States Attorney


By */s/ Rick Mula*                     By */s/ Clay Plummer*
RICK MULA                              CLAY PLUMMER
Assistant Federal Public Defender      Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

CRISTIAN ALBERTO NUNEZ-HIPOLITO,

          Defendant.

Case No. 2:24-mj-00877-BNW

**ORDER**

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on January 28, 2025 at the hour of 1:30 p.m., be vacated and continued to March 31, 2025 at the hour of 4 : 00 p.m. in LV Courtroom 3B.

    DATED this 16 day of January, 2025.

UNITED STATES MAGISTRATE JUDGE

3