RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Cristian Alberto Nunez-Hipolito

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CRISTIAN ALBERTO NUNEZ-HIPOLITO,<br><br>　　　　　Defendant. | Case No. 2:24-mj-00877-BNW<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Third Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Cristian Alberto Nunez-Hipolito, that the Preliminary Hearing currently scheduled on March 31, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Mr. Nunez-Hipolito has signed a guilty plea agreement and intends to plead guilty to a criminal information on May 19, 2025. That hearing likely will obviate the need for the preliminary hearing currently scheduled for March 31, 2025.

　　　　2.　　Defendant is incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the third request for continuance filed herein.

DATED this 19th day of March, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Acting United States Attorney |
| By */s/ Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender | By */s/ Clay Plummer*<br>CLAY PLUMMER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>CRISTIAN ALBERTO NUNEZ-HIPOLITO,<br><br>   Defendant. | Case No. 2:24-mj-00877-BNW<br><br>**ORDER** |

  Based on the Stipulation of counsel and good cause appearing,

  IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on March 31, 2025 at the hour of 4:00 p.m., be vacated and continued to ___May 21, 2025___ at the hour of _4_ : _00_ _p_.m.

  DATED this _20th_ day of March, 2025.

_____
UNITED STATES MAGISTRATE JUDGE